**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BERKLEY ASSURANCE COMPANY,

                Plaintiff,                      19 **CIVIL** 2879 (JMF)

      -against-                         **JUDGMENT**

HUNT CONSTRUCTION GROUP, INC.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 4, 2020, Hunt's motion for partial summary judgment is denied, and Berkley's motion for summary judgment granted in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
           June 5, 2020

                                                        **RUBY J. KRAJICK**
                                                  _____
                                                       **Clerk of Court**
                          **BY:**
                                                       _____
                                                           **Deputy Clerk**